

# Fourth Court of Appeals
## San Antonio, Texas

April 15, 2015

No. 04-15-00049-CV

**MORNINGSIDE MINISTRIES** d/b/a Morningside Ministries at the Manor and the
Morningside Ministries Foundation, Inc.,
Appellant

v.

Rosa Lee **RODRIGUEZ**, as next friend of Flora Mendez,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07530
Honorable Laura Salinas, Judge Presiding

# O R D E R

By order dated March 12, 2015, this court granted the parties' agreed motion to stay the appellate deadlines in this appeal pending mediation. On April 14, 2015, appellants filed an advisory, notifying the court that the mediation was not successful. It is therefore ORDERED that appellants' brief must be filed no later than thirty days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of April, 2015.

Keith E. Hottle
Clerk of Court